UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE | ) ) ) |
| v. | ) CIVIL NO. 1:25-cv-00167-SDN ) |
| CHRISTINE A. FORTIN | ) |

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than August 4, 2025 why such service was not timely made, failing which the complaint shall be dismissed.

Stacey D. Neumann
United States District Judge

By: /s/ Meghan York
Deputy Clerk

Dated this 21st day of July, 2025.