UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Plaintiff, | ) ) | 1:25-cv-00167-SDN |
| v. | ) ) | |
| CHRISTINE A. FORTIN, | ) ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

### Address: 194 Main Street, Presque Isle, Maine 04769
### Mortgage: December 17, 2009
### Book 4781, Page 254 of Aroostook County Registry of Deeds

Plaintiff United States Department of Agriculture ("USDA") seeks to foreclose on real property owned by Defendant Christine A. Fortin located at 194 Main Street, Presque Isle, Maine 04769. Before me is USDA's motion for default judgment. ECF No. 18. Upon consideration of the evidence, I **GRANT** USDA's motion for default judgment.

### FACTUAL FINDINGS AND LEGAL CONCLUSIONS

On June 4, 2026, I held a testimonial hearing on USDA's motion for default judgment. USDA was present and represented by Stephean C. Chute, Esq. The Defendant did not appear. Based on the evidence introduced at the hearing, I make the following findings and conclusions:

- The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

- Defendant acquired the property located at 194 Main Street, Presque Isle, Maine 04769 ("the Property") on December 17, 2009. Compl. (ECF No. 1) ¶ 5.

1

- On December 17, 2009, Defendant executed a promissory note ("Note") promising to pay $118,150.00 plus interest to USDA on a 33-year repayment schedule at a 4.875% interest rate. Compl. ¶ 5; Pl.'s Hr'g Ex. 1 (ECF No. 1-1).

- On December 17, 2009, Defendant executed a mortgage ("Mortgage") of the Property to USDA, which secures the Note. Compl. ¶ 6; Pl.'s Hr'g Ex. 2 (ECF No. 1-2).

- Defendant has breached the terms of and defaulted on the Note. *See* Compl. ¶¶ 8, 9. On January 13, 2025, USDA sent Defendant a notice of default and right to cure in accordance with 14 M.R.S. § 6111. Compl. ¶ 10; Pl.'s Hr'g Ex. 3 (ECF No. 1-3).

- On October 30, 2025, USDA filed a motion for entry of default as to Defendant. ECF No. 12. On October 30, 2025, I entered default as to Defendant. ECF No. 13.

- On March 23, 2026, USDA filed a motion for default judgment as to Defendant. ECF No. 18.

- The Complaint identifies the Property by street address and the book and page number of the Mortgage, ECF No. 1, and a copy of the Complaint was timely recorded in the Aroostook County Registry of Deeds, ECF No. 37.

- Defendant received notice of this action. *See* Service Returned Executed (ECF No. 11). Defendant has defaulted. ECF No. 13.

- Defendant is not serving in the military. ECF No. 12-1 at 1.

- There are no public utility easements held by a party-in-interest that survive the proceedings. ECF No. 18 at 8.

2

- As of March 23, 2026, the following amounts, exclusive of fees and costs for preparation for and attendance at trial, are owed to Plaintiff under the terms of the Note and Mortgage:

| Description | Amount |
| --- | --- |
| Principal Balance | $99,403.33 |
| Interest at 4.875% to 3/23/26 | $46,122.83 |
| Other Fees | $52,602.28 |
| Attorney's Fees | $5,100.00 |
| Grand Total | $203,228.44 |

Additional prejudgment interest is accruing, *see* 14 M.R.S. § 1602-B, and postjudgment interest will accrue at a rate of 9.5% per annum in accordance with the Note and 14 M.R.S. § 1602-C. Plaintiff has foregone any right to a higher interest rate that may be allowable under 14 M.R.S. § 1602-C. Additional attorney's fees, real estate taxes, costs, and amounts advanced or incurred after March 23, 2026, to protect the security of the Mortgage may continue to accrue through the date of redemption or sale and the completion of these proceedings. USDA has first priority, in the amount of $203,228.44, pursuant to the subject Note and Mortgage, and there are no parties in interest other than the Defendant who have second priority.

### CONCLUSION

For the reasons stated above, I **GRANT** USDA's motion for default judgment. ECF No. 18. Judgment of Foreclosure and Sale will issue separately.

**SO ORDERED.**

Dated this 2nd day of July, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

3